UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR58 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| OMAR MEJIA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 25th day of July, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 16, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 26, United States Code, Section 2854(c)(2), Title 18, United States Code, Sections 922(j), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts III, IV and V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Winchester 12-gauge shotgun, a Carl Gustafs Stads 6.5, 55mm caliber rifle and a Bryco .380 Model 48, were forfeited to the United States.

2. On June 7, 14 and 21, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on July 19, 2007(Filing No. 22).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the Winchester 12-gauge shotgun, a Carl Gustafs Stads 6.5, 55mm caliber rifle and a Bryco .380 Model 48, held by any person or entity, are hereby forever barred and foreclosed.

C.  The Winchester 12-gauge shotgun, a Carl Gustafs Stads 6.5, 55mm caliber rifle and a Bryco .380 Model 48, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 25th day of July, 2007

**BY THE COURT:**

/s Joseph F. Bataillon

_____
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**